1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 9 | VANCE JACKSON, | ) 1:14-cv-01477-LJO-BAM (PC) |
| 10 | Plaintiff, | ) )  FINDINGS AND RECOMMENDATIONS |
| 11 | v. | ) REGARDING DISMISSAL OF ACTION ) FOR FAILURE TO OBEY A COURT ) ORDER AND FAILURE TO STATE A |
| 12 | DAVE DAVEY, et al., | ) CLAIM ) |
| 13 | Defendants. | ) (ECF No. 9) |
| 14 | | ) ) |
| 15 | | ) FOURTEEN-DAY DEADLINE ) |
| 16 | | |

17        Plaintiff Vance Jackson ("Plaintiff") is a state prisoner proceeding pro se and in forma

18  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on

19  September 22, 2014.

20        On March 5, 2015, the Court dismissed Plaintiff's complaint with leave to amend within

21  thirty days.  28 U.S.C. § 1915A.  Plaintiff was warned that if he failed to file an amended

22  complaint in compliance with the order, this action would be dismissed for failure to obey a

23  court order and failure to state a claim.  (ECF No. 9.)  More than thirty days have passed, and

24  Plaintiff has not filed an amended complaint.

25        The deadline for Plaintiff to file his amended complaint has passed and Plaintiff has not

26  complied with or otherwise responded to the Court's order.  As a result, there is no pleading on

27  file which sets forth any claims upon which relief may be granted.

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), IT IS HEREBY RECOMMENDED that this action be dismissed based on Plaintiff's failure to obey a court order and failure to state a claim.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **April 15, 2015**                           /s/ Barbara A. McAuliffe
                                                       UNITED STATES MAGISTRATE JUDGE

2